IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| BRODINE ("DEAN") FRYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1-05-1175 - T An |
| | ) | JURY DEMANDED |
| DOLLAR GENERAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED ORDER FOR AN EXTENSION OF TIME FOR FILING OF AN ANSWER OR OTHER RESPONSIVE PLEADING ON BEHALF OF THE DEFENDANT, DOLLAR GENERAL CORPORATION

As evidenced by the signatures of counsel below, the parties have agreed that the Dollar General Corporation, shall have an extension of time through and including Monday, August 1, 2005, within which to file an Answer or other responsive pleading in connection with the above-styled action.

It is, accordingly, ORDERED that the Defendant, Dollar General Corporation, shall have an extension of time through and including Monday, August 1, 2005, within which to file an Answer or other responsive pleading in the above-styled action.

ENTERED this __28th__ day of __July__, 2005.

_____
JAMES D. TODD
U. S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/29/05

APPROVED FOR ENTRY:

*Elizabeth S. Washko* (by KSC w/permission)

Keith D. Frazier (BPR #12413)
Elizabeth S. Washko (BPR #19931)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
424 Church Street, Suite 800
Nashville, Tennessee 37219
(615) 254-1900
(615) 254-1908 (*Facsimile*)

Attorneys for Defendant

*Justin S. Gilbert* (w/permission)

Justin S. Gilbert (BPR #017079)
Michael L. Russell (BPR #20268)
GILBERT & RUSSELL, PLC
2021 Greystone Park
P.O. Box 11357
Jackson, Tennessee 38308
(731) 664-1340
(731) 664-1540 (*Facsimile*)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01175 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Elizabeth S. Washko
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Keith D. Frazier
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT