IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BRODINE ("DEAN") FRYE ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1-05-1175-T/An |
| ) | JURY DEMANDED |
| DOLLAR GENERAL CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RULE 16 (b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

**RULE 26(a)(1) DISCLOSURE DEADLINE**: OCTOBER 14, 2005

**JOINING PARTIES**: FOR BOTH PARTIES: OCTOBER 31, 2005

**AMENDING PLEADINGS**: FOR BOTH PARTIES: OCTOBER 31, 2005

**COMPLETING ALL DISCOVERY**:

    (a)    **REQUESTS FOR PRODUCTION, DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: MAY 29, 2006

    (b)    **EXPERT DISCLOSURE (Rule 26)**:

        (1)    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: MARCH 29, 2006

        (2)    **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: MAY 1, 2006

    (c)    **DEPOSITION OF EXPERTS**: MAY 29, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _____



**FILING DISPOSITIVE MOTIONS**: JUNE 29, 2006.

**FINAL LIST OF WITNESSES AND EXHIBITS (Rule 26(a)(3))**:

    (a) **PLAINTIFF**: AUGUST 24, 2006

    (b) **DEFENDANT**: SEPTEMBER 8, 2006

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under rule 26(a)(3).

The trial of this matter is expected to last three to four days, and is **SET FOR JURY TRIAL** at __9:30__ a.m. on __October 9, 2006__. A joint pretrial order shall be submitted no later than 5:00 p.m. on __September 26, 2006__. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS**:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: September 26, 2005

AGREED AND APPROVED FOR ENTRY:

GILBERT & RUSSELL, PLC
2021 Greystone Park
P.O. Box 11357
Jackson, Tennessee 38308
Telephone:   (731) 664-1340
Telefax:     (731) 667-1540

By: _____
Justin S. Gilbert
Michael L. Russell

Attorneys for Plaintiff


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
424 Church Street, Suite 800
Nashville, Tennessee 37219
Telephone: 615-254-1900
Facsimile: 615-254-1908

By: Keith Frazier by MLR w/ permission
Keith D. Frazier
Elizabeth S. Washko

Attorneys for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01175 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Elizabeth S. Washko
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Keith D. Frazier
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT