IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BRODINE ("DEAN") FRYE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOLLAR GENERAL CORPORATION )<br>)<br>Defendant. )<br>) | Case No. 1-05-1175-T/An<br>JURY DEMANDED |

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

On this date, the Court considered the Plaintiff's uncontested motion to dismiss this cause without prejudice on the grounds that the Defendant is not a foreign corporation and, therefore, the Court lacks subject matter jurisdiction. Based upon the statements of counsel, and for good cause shown, this case is hereby dismissed WITHOUT PREJUDICE.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE TODD

DATE OF ENTRY: 20 December 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01175 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Keith D. Frazier
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Elizabeth S. Washko
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT